```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                            :

JAMES JONES,
                            :

            Plaintiff,
                            :        **ORDER**

        - against -
                            :        08 Civ. 6089 (DC)

HICKS et al.,
                            :

            Defendants.
                            :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

Pro se plaintiff James Jones has filed a renewed motion for the appointment of counsel. The Court has reviewed plaintiff's complaint again and considered the factors governing appointment of counsel set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986). Plaintiff has not made the requisite "threshold showing of merit." Hendricks v. Coughlin, 114 F.3d 390, 394 (2d Cir. 1997). Accordingly, plaintiff's motion is denied.

Plaintiff also requests a stay in these proceedings. This motion is also denied. This case was initiated in July 2008 when plaintiff filed his complaint. As explained in the Court's April 9, 2009 order, plaintiff shall file proof of service with the Clerk of the Court by May 15, 2009 or this case will be dismissed.

        SO ORDERED.

Dated:    New York, New York
          April 20, 2009

                                        _____
                                        DENNY CHIN
                                        United States District Judge