```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
JAMES JONES,                          :
                Plaintiff,            :
        - against -                   :
                                            08 Civ. 6089 (DC)
HICKS et al.,                         :
                Defendants.           :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F: 11/5/09

ORDER

**CHIN, District Judge**

  On June 8, 2009, I directed Corporation Counsel for the City of New York to answer plaintiff's interrogatories solely for the purpose of ascertaining the identities and addresses of the John Doe defendants. Corporation Counsel's office did not provide the requested information, and, consequently, plaintiff was granted two extensions of time to file his amended complaint. On October 2, 2009, Corporation Counsel advised that the New York City Department of Corrections has initiated a search to identify the last remaining John Doe defendant.

  In light of the above, IT IS HEREBY ORDERED as follows:

  (1) Defendant City of New York shall provide plaintiff with the identity and address of the remaining John Doe defendant by November 19, 2009.

(2)   Plaintiff shall file an amended complaint by December 16, 2009.

SO ORDERED.

Dated:   New York, New York
         November 5, 2009

DENNY CHIN
United States District Judge

.