```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JAMES JONES,                        :

                Plaintiff,          :
                                                ORDER
        - against -                 :
                                                08 Civ. 6089 (DC)
HICKS et al.,                       :

                Defendants.         :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/10

**CHIN, District Judge**

In my Order of February 19, 2010, I ordered pro se plaintiff James Jones to file an amended complaint by March 19, 2010. In fact, Jones had provided the Court with an amended complaint, which he sent by certified mail to the Clerk of the Court on November 23, 2009.

Jones still has not served process on defendants. Accordingly, I am providing Jones one final extension of time to serve defendants. Jones must file proof of service with the Clerk of the Court by May 3, 2010, or his complaint will be dismissed. This deadline is absolutely final, as Jones has had 21 months in which to serve defendants.

SO ORDERED.

Dated: New York, New York
       April 7, 2010

DENNY CHIN
United States District Judge